LEMMON, Judge,
concurs and assigns reasons.
In my view more appropriate relief in this case would have been partial reduction in support payments over the 10 to 12 weeks of anticipated disability.[1] Nevertheless, I cannot say the trial judge abused his discretion by ordering complete suspension for eight weeks.

. This would have given the father some relief while not completely eliminating support necessary for the child. The father had never missed a previous support payment and was apparently in good faith. However, his use of $1,000.00 in savings to pay part of the hospital bill and $2,800.00 in collision insurance proceeds for the cash purchase of a replacement car, while allowing nothing for child support out of these funds, suggests at least unwise evaluating of priorities.